**E-FILED on** 11/6/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL O. AJEIGBE,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN JOSE STATE UNIVERSITY POLICE DEPARTMENT, DOE DEFENDANT MANZUR, DOE DEFENDANT RIVERA, SAN JOSE STATE UNIVERSITY HOUSING SERVICES, SAN JOSE STATE UNIVERSITY<br><br>  Defendants. | No. C-07-00803 RMW<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS/STRIKE<br><br>**[Re Docket No. 8, 10]** |

Pro se plaintiff Daniel Ajeigbe is suing defendants Officer Manzur and Officer Rivera, employees of San Jose State University, defendant San Jose State University, defendant San Jose State University Police Department, and defendant San Jose State University Housing Services. Defendants move to dismiss all claims under Fed. R. Civ. P. 12(b)(6) and 4(m). The court has read the moving and responding papers and considered arguments of counsel presented at a hearing on November 2, 2007. The court finds that Ajeigbe's delay in serving the pleadings is excused and that defendants have not been prejudiced by the delay, and hence denies the motion to dismiss on those grounds. The court GRANTS defendants' motion to dismiss for sovereign immunity/failure to state a claim as to all claims except Count V, Ajeigbe's section 1983 claims against Officers Manzur and

1  Rivera. Ajeigbe has adequately alleged the section 1983 claim against the officers in their
2  individual capacity.

4  DATED:     11/5/07                             *Ronald M Whyte*
5                                                 RONALD M. WHYTE
6                                                 United States District Judge

**A copy of this order was mailed on      11/6/07           to:**

**Counsel for Plaintiff(s):**

Daniel O. Ajeigbe, pro se

155 South 11th Street

San Jose, CA  95112

**Counsel for Defendants:**

Alan F. Hunter                hunter@gclitigation.com

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

Dated:     11/6/07                                            TSF

                                                                            Chambers of Judge Whyte