Alan F. Hunter, Esq. SBI 099805
William H. Gavin, Esq. SBI 099695
**GAVIN CUNNINGHAM & HUNTER**
1530 The Alameda, Suite 210
San Jose, California 95126
Email: hunter@gclitigation.com
Telephone: 408/294-8500
Telefax: 408/294-8596

Attorneys for Defendants

*E-FILED - 2/12/08*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DANIEL O. AJEIGBE,<br><br>Plaintiff,<br><br>vs.<br><br>SAN JOSE STATE UNIVERSITY POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No.: C07-00803-RMW<br><br>**NOTICE OF SETTLEMENT & REQUEST TO POSTPONE PENDING CMC AND ORDER**<br>Date:      February 15, 2008 (CMC)<br>Time:      10:30 a.m.<br>Courtroom: 6<br>Judge:    Hon. Ronald Whyte |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in the above-referenced action. Settlement documents are executed. The settlement documents include a stipulation for dismissal, and that document will be transmitted to the Court after settlement money is transmitted to Plaintiff. In the meantime, Defendants respectfully request that the Court vacate or otherwise postpone the scheduled February 15, 2008, case management conference.

Respectfully Submitted,

Dated: February 7, 2008

GAVIN CUNNINGHAM & HUNTER

By: ----------//s//------------------
Alan F. Hunter, Esq.
Attorneys for CSU Defendants

**GRANTED**
/s/ Ronald M. Whyte
Judge Ronald M. Whyte

The Case Management Conference is hereby reset to 3/14/08 @ 10:30 a.m. (rmw)

Dated: 2/12/08

NOTICE OF SETTLEMENT - 1

Case Name: <u>Ajeigbe v. San Jose State University Police Dept., et al.</u>
Case No.: C07-00803-RMW

# PROOF OF SERVICE

I certify and declare as follows: I am over the age of 18 years, and not a party to the within action. My business address is 1530 The Alameda, Suite 210, San Jose, California 95126, which is located in the county where the mailing described below took place. The documents which are the subject of this Proof of Service are:

**NOTICE OF SETTLEMENT & REQUEST TO POSTPONE PENDING CMC**

On the date listed below, I served the above documents by placing a true and correct copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein addresses as stated below:

**ATTORNEYS FOR PLAINTIFF (Pro Per)**
Daniel O. Ajeigbe
155 South 11th Street
San Jose, CA 95112
951/805-7414 (phone)
<u>dajeigbe@yahoo.com</u> (email)

☒ United States Postal Service, U.S. Mail, with First Class postage prepaid and deposited in a sealed envelope at San Jose, California. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ Facsimile Transmission

☐ Hand-Delivery

☐ Other: By email to dajeigbe@yahoo.com

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: <u>November 12, 2007</u>

Stephanie A. Mackey

PROOF OF SERVICE - 1