Alan F. Hunter, Esq. SBI 099805
William H. Gavin, Esq. SBI 099695
**GAVIN CUNNINGHAM & HUNTER**
1530 The Alameda, Suite 210
San Jose, California 95126
Email: hunter@gclitigation.com
Telephone: 408/294-8500
Telefax: 408/294-8596

Attorneys for Defendants
Stevan Manzur and Fernando Rivera

*E-FILED - 2/28/08*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DANIEL O. AJEIGBE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAN JOSE STATE UNIVERSITY POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.: C07-00803-RMW<br><br>**STIPULATION OF DISMISSAL & <u>RELATED ORDER OF DISMISSAL</u>** |

### STIPULATION OF DISMISSAL

In connection with the settlement of the above-captioned action, Plaintiff Daniel Ajeigbe hereby dismisses the above-captioned action in its entirety and with prejudice. All parties – directly or by and through their respective counsel – hereby stipulate to the dismissal and consent to the same.

Dated: <u>January 28, 2008</u>　　　　　　　　　　DANIEL AJEIGBE, IN PRO PER

By:_____
　　Daniel Ajeigbe, Plaintiff

---

STIPULATION OF DISMISSAL & ORDER - 1

Dated: January 28, 2008

GAVIN CUNNINGHAM & HUNTER

By: _____
Alan F. Hunter, Esq.
Attorneys for Defendants

## ORDER

The above stipulation is hereby approved and ordered enforced. The above-captioned action is hereby dismissed in its entirety and with prejudice.

Dated: 2/28/08

*Ronald M. Whyte*
Judge of the United States District Court

Case Name: Ajeigbe v. San Jose State University Police Dept., et al.
Case No.: C07-00803-RMW

# PROOF OF SERVICE

I certify and declare as follows: I am over the age of 18 years, and not a party to the within action. My business address is 1530 The Alameda, Suite 210, San Jose, California 95126, which is located in the county where the mailing described below took place. The documents which are the subject of this Proof of Service are:

**STIPULATION OF DISMISSAL & RELATED ORDER OF DISMISSAL**

On the date listed below, I served the above documents by placing a true and correct copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein addresses as stated below:

**ATTORNEYS FOR PLAINTIFF (Pro Per)**
Daniel O. Ajeigbe
155 South 11th Street
San Jose, CA 95112
951/805-7414 (phone)
dajeigbe@yahoo.com (email)

☒ United States Postal Service, U.S. Mail, with First Class postage prepaid and deposited in a sealed envelope at San Jose, California. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ Facsimile Transmission

☐ Hand-Delivery

☐ Other: By email to dajeigbe@yahoo.com

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: February 25, 2008

Stephanie A. Mackey